# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )    2:09-CR-520-RLH (LRL)
                                    )
SHAWN IGNATIOUS NUNES,              )
                                    )
        Defendant.                  )

## ORDER OF FORFEITURE

This Court found on August 6, 2010, that SHAWN IGNATIOUS NUNES shall pay a criminal forfeiture money judgment of $2,200.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Sections 981(a)(1)(A) and (a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from SHAWN IGNATIOUS NUNES a criminal forfeiture money judgment in the amount of $2,200.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Sections 981(a)(1)(A) and (a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p).

DATED this 9th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE