UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:09-CR-520-RLH-LRL |
| vs. | ) | **O R D E R** |
| SHAWN NUNES | ) | (Motion for Termination of Supervision–#50) |
| Defendant. | ) | |

Before the Court is Defendant Shawn Nunes' **Motion for Early Termination of Supervised Release** (#50, filed March 3, 2014). The Motion is supported by his Probation Officer and the United States indicates no opposition.

Accordingly, having reviewed the motion and the file,

IT IS HEREBY ORDERED that Defendant Shawn Nunes' **Motion for Early Termination of Supervised Release** (#50) is GRANTED.

DATED: March 14, 2014.

_____
**Roger L. Hunt**
**United States District Judge**